**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 25-cr-788** |
| **vs.** | : | |
| **PETER DERIVAL** | : | **CONSENT ORDER TO MODIFY CONDITIONS OF RELEASE** |

THIS MATTER HAVING been opened to the Court by Michael P. Koribanics of the law firm of Koribanics & Koribanics, counsel for Defendant PETER DERIVAL, and with consent from Christopher Fell, A.U.S.A., and consent from U.S. Probation Officer, Kathleen Cullen and the parties hereto through their respective counsel having consented to the form, substance and entry of the within Order; and the Court having been satisfied that good cause has been sufficiently established for entry of the within Order;

IT IS ON THIS 15 DAY OF October 2026

ORDERED, that Peter Derival's Conditions of Release be changed from Location Monitoring with Home Detention to Location Monitoring with Curfew.

ORDERED, that a copy of the within Order be served upon all parties within 7 days of the date herein contained.

**/s/ Alex D. Silagi**

**U.S.M.J ALEX D. SILAGI**

**Pretrial retains discretion to set the curfew.**

**SO ORDERED.**

***/s/ Alex D. Silagi***
Hon. Alex D. Silagi
United States Magistrate Judge
Date: **10/15/2026**